UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 22-6378-DMG (MAAx)** | Date January 10, 2023 |
| Title *Sonya Valenzuela v. BJ's Wholesale Club Inc., et al.* | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

     In light of Plaintiff's Notice of Dismissal filed on January 10, 2023 [Doc. # 24], the Court hereby **DISMISSES** this action with prejudice as to the Plaintiff's individual claims, and without prejudice as to the putative class pursuant to Fed. R. Civ. P. 4141(a)(1)(A)(i).

IT IS SO ORDERED.